# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**VALARIE KREUZIGER,**

    Plaintiff,

-vs-

                                                                Case No. 14-C-1462

**CAROLYN COLVIN, Acting Commissioner
of the Social Security Administration,**

    Defendant.

## DECISION AND ORDER

This matter comes before the Court on Valarie Kreuziger's motion for leave to proceed *in forma pauperis* on appeal from the denial of her application for social security disability benefits. Kreuziger's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Kreuziger's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2014.

                                                **SO ORDERED:**

                                                _____
                                                **HON. RUDOLPH T. RANDA
                                                U.S. District Judge**